**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on September 14, 2022

**REHEARING ACTION: September 14, 2022**

**Docket Number: 21   00101-KA**

**STATE OF LOUISIANA**
**VERSUS**
**NANCY ROGERS**
**A/K/A NANCY LYNN ROGERS**

**Appealed from Natchitoches Parish Case No. C 19590**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Elizabeth A. Pickett**
   **Hon. Candyce G. Perret**
   **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that this Court has

rendered the following rulings:

   The Application for Rehearing filed by Edward K. Bauman on behalf
   of Nancy Lynn Rogers is hereby **DENIED**;

   The Motion for En Banc Rehearing filed by pro se, Nancy Lynn Rogers
   is hereby **DENIED**;

   The Motion for Personal Appearance in Aid of the Court filed by pro se,
   Nancy Lynn Rogers is hereby **DENIED**; and

   The Motion for Reconsideration of Court's Decision to Deny Appellant's
   Request for Personal Appearance before the Court for Oral Argument
   filed by pro se, Nancy Lynn Rogers is hereby **DENIED**.

cc: Edward Kelly Bauman, Counsel for the Appellant
    Christopher N. Walters, Counsel for the Appellee
    Nancy Rogers, Pro Se